UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE STATE OF ILLINOIS; )<br>THE ILLINOIS STATE BOARD OF )<br>ELECTIONS; and DANIEL WHITE, )<br>Executive Director of the Illinois State )<br>Board of Elections, )<br>)<br>Defendants. )<br>) | Case No. 10-cv-06800<br>Judge: Hibbler |

## **JOINT MOTION REQUESTING ENTRY OF CONSENT DECREE**

Plaintiff United States of American and Defendants, through their undersigned counsel, respectfully request this Court to enter the accompanying Consent Decree. The Complaint in this action, alleging a violation of the Uniformed and Overseas Citizens Absentee Voting Act, 42 U.S.C. §§ 1973ff to 1973ff-7, is being filed simultaneously with this motion. The United States and the Defendants have negotiated in good faith and have agreed to entry of this Consent Decree as a necessary and appropriate resolution of the claims alleged.

WHEREFORE, the parties request that the accompanying Consent Decree be entered by this Court.

AGREED AND CONSENTED TO, October 22, 2010

For the Plaintiff:

|  |  |
|---|---|
|  | ERIC H. HOLDER, JR.<br>Attorney General |
| PATRICK J. FITZGERALD<br>United States Attorney<br>Northern District of Illinois | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
| By: */s/ Patrick W. Johnson*<br>PATRICK W. JOHNSON<br>Assistant United States Attorney<br>219 South Dearborn Street<br>Chicago, Illinois 60604<br>(312) 353-5327<br>patrick.johnson2@usdoj.gov | /s/ *Justin Weinstein-Tull*<br>T. CHRISTIAN HERREN JR.<br>REBECCA WERTZ<br>LEMA BASHIR<br>JUSTIN WEINSTEIN-TULL<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 353-0319<br>Facsimile: (202) 307-3961 |

Attorney for the Defendants:

LISA MADIGAN
Attorney General of Illinois

/s/ *Kathleen Kreisel Flahaven*
KATHLEEN KREISEL FLAHAVEN
THOMAS A. IOPPOLO
S. ANN WALLS
Assistant Attorneys General
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
Telephone: (312) 814-2822
Facsimile: (312) 814-4425

2

CERTIFICATE OF SERVICE

      I hereby certify that on October 22, 2010, I served a true and correct copy of the foregoing via mail to the following counsel of record:

KATHLEEN KREISEL FLAHAVEN
THOMAS A. IOPPOLO
S. ANN WALLS
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
Telephone: (312) 814-3313
Facsimile: (312) 814-4425

STEVE SANDVOSS
1020 S. Spring St.
Springfield, IL 62704
Phone: (217) 782-4141
Fax: (217) 782-5959

                                                /s/ *Justin Weinstein-Tull*
                                                Justin Weinstein-Tull