IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 10-cv-06800 |
| v. ) | Judge: Hibbler |
| ) | |
| THE STATE OF ILLINOIS; ) | |
| THE ILLINOIS STATE BOARD OF ) | |
| ELECTIONS; and RUPERT ) | |
| BORGSMILLER, Executive Director ) | |
| of the Illinois State Board of Elections, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## JOINT MOTION REQUESTING ENTRY OF
## SUPPLEMENTAL CONSENT DECREE

Plaintiff United States of America and Defendants, through their undersigned counsel, respectfully request this Court enter the accompanying Supplemental Consent Decree. In October 2010, the United States initiated this action to enforce the requirements of the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA"), 42 U.S.C. §§ 1973ff to 1973ff-7, as amended by the Military and Overseas Voter Empowerment Act, Pub. L. No. 111-84, Subtitle H, §§ 575-589, 123 Stat. 2190, 2318-2335 (2009). On October 22, 2010, this Court entered a Consent Decree to resolve UOCAVA violations alleged by the United States. ECF No. 8.

To fully effectuate the future relief required by paragraph 11 of the Consent Decree, the United States and Defendants have agreed to the terms of the attached Supplemental Consent Decree. If entered, the Supplemental Consent Decree would require Defendants to: 1) ensure that Election Authorities in all Illinois Election Jurisdictions have sufficient absentee ballots and

technical capacity to timely transmit all UOCAVA ballots by the preferred method of transmission; 2) assist Illinois Election Authorities with the ballot transmission process, if appropriate and where reasonable; 3) obtain certifications from all Illinois Election Authorities that all UOCAVA ballots are timely transmitted; and 4) certify to the United States that those certifications are accurate to the best of their knowledge.

The United States and Defendants have negotiated in good faith and have agreed to entry of the proposed Supplemental Consent Decree as a necessary, appropriate, and adequate form of relief to prevent future UOCAVA violations and provide UOCAVA voters a fair and reasonable opportunity to participate in future Federal elections.

WHEREFORE, the parties request that the accompanying Supplemental Consent Decree be entered by this Court.

AGREED AND CONSENTED TO, January 19, 2012

For the Plaintiff:

| | |
|---|---|
| PATRICK J. FITZGERALD<br>United States Attorney<br>Northern District of Illinois | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
| By: */s/ Patrick W. Johnson*<br>PATRICK W. JOHNSON<br>Assistant United States Attorney<br>219 South Dearborn Street<br>Chicago, Illinois 60604<br>(312) 353-5327<br>patrick.johnson2@usdoj.gov | */s/ Justin Weinstein-Tull*<br>T. CHRISTIAN HERREN JR.<br>REBECCA WERTZ<br>ABEL GOMEZ<br>JUSTIN WEINSTEIN-TULL<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 353-0319<br>Facsimile: (202) 307-3961 |

Attorney for the Defendants:

LISA MADIGAN
Attorney General of Illinois


*/s/ Thomas A. Ioppolo*
KATHLEEN KREISEL FLAHAVEN
THOMAS A. IOPPOLO
Assistant Attorneys General
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
Telephone: (312) 814-2822
Facsimile: (312) 814-4425

CERTIFICATE OF SERVICE

   I hereby certify that on January 19, 2012, I served a true and correct copy of the foregoing via mail to the following counsel of record:

KATHLEEN KREISEL FLAHAVEN
THOMAS A. IOPPOLO
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
Telephone: (312) 814-3313
Facsimile: (312) 814-4425

STEVE SANDVOSS
1020 S. Spring St.
Springfield, IL 62704
Phone: (217) 782-4141
Fax: (217) 782-5959

                /s/ *Justin Weinstein-Tull*
                Justin Weinstein-Tull